

# Fourth Court of Appeals
## San Antonio, Texas

March 4, 2021

No. 04-21-00058-CV

**DIAMOND ENVIRONMENTAL MANAGEMENT, L.P.**; Bexar County Emergency Service District No. 5; and Bexar County Emergency Service District No. 10,
Appellants

v.

**CITY OF SAN ANTONIO, TEXAS**,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-26125
Honorable Aaron Haas, Judge Presiding

# O R D E R

This is an accelerated appeal filed by three appellants: Bexar County Emergency Services District No. 5, Bexar County Emergency Services District No. 10, and Diamond Environmental Management, L.P. (collectively, "appellants"). The clerk's record and reporter's records were due on February 22, 2021. *See* Tex. R. App. P. 35.1(b) (requiring the clerk's record and reporter's record in an accelerated appeal to be filed within 10 days after the notice of appeal is filed).

On February 24, 2021, Ms. Krystal Torres, the Deputy District Clerk, filed a Notification of Late Record stating she needed additional time in which to notify the attorney about payment for the record and to prepare the record. The district clerk filed its record on March 3, 2021; therefore, the district clerk's notification of late record is moot.

Ms. Mary Beth Sasala and Ms. Maria Gallegos are the court reporters responsible for filing the reporter's records in this appeal. On February 26, 2021, Ms. Sasala filed a Notification of Late Record stating she was unaware an appeal had been filed and she anticipated filing the record within thirty days after payment is received. Appellants are hereby ORDERD to provide written proof to this court **no later than March 15, 2021** that either (1) Ms. Sasala's fee has been paid or arrangements have been made to pay her fee; or (2) appellants are entitled to appeal without paying Ms. Sasala's fee. If appellants fail to respond within the time provided, this court will only consider those issues raised in appellants' briefs that do not require a reporter's record from Ms. Sasala for a decision. *See* TEX. R. APP. P. 37.3(c).

Ms. Gallegos has not filed a notification of late record or the reporter's record. We, therefore, ORDER Ms. Gallegos to file either (1) a notification of late record stating appellants have not paid or made arrangements to pay for the reporter's record or (2) the reporter's record **no later than March 15, 2021**.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of March, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court